AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Mellissa Murray,<br><br>*Plaintiff(s)*<br>v.<br>Account Resolution Services, LLC,<br><br>*Defendant(s)* | Civil Action No.<br><br>21-CV-82505 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Account Resolution Services, LLC
1643 Harrison Pkwy STE 100 Bldg H
Sunrise, FL 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sergei Lemberg, Esq.
FL Bar No.: 1026228
LEMBERG LAW, LLC
11555 Heron Bay Boulevard, Suite 200
Coral Springs, FL 33076

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Dec 20, 2021

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court